John Du Wors, State Bar No. 233913
john@newmanlaw.com
Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO TRUST NUTRITION LLC, a Texas limited liability company,<br><br>Plaintiff,<br>v.<br><br>BILL SILVERSTEIN, an individual,<br><br>Defendant | Case No. CV13-5828 DDP (Ex)<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Bio Trust Nutrition LLC ("Plaintiff") hereby alleges for its complaint against Bill Silverstein ("Defendant") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

## I. NATURE OF THE CASE

Bio Trust Nutrition LLC ("Plaintiff") produces and distributes nutritional products, educational programs and advice via its website located at <biotrust.com>. Plaintiff relies in part on commercial email to market its products and services. Bill Silverstein ("Defendant") is an individual who sent a demand letter to Plaintiff and ultimately demanded payment of over $75,000 in damages for alleged violations of California's Business and Professions Code. The basis of Defendant's claim is that he received email from third parties advertising Plaintiff's products and services that do not comply with California state and federal spam laws because the sending email did not accept a reply email. Plaintiff contends that it has not sent or advertised in, and does not send or advertise in, commercial email that violates state or federal spam law. Plaintiff further contends that California state and federal spam laws do not require that commercial email accept reply email. Plaintiff asks this court for a declaratory judgment that there is neither a legal nor factual basis for Defendant's claims.

## II. JURISDICTION AND VENUE

1.  This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (a)(1) and 28 U.S.C. § 2201. The parties are diverse, and there is more than $75,000 in controversy.

## III. PARTIES

2.  Plaintiff is a Texas Limited Liability Company. The sole member of Plaintiff is Josh Bezoni ("Bezoni"). Bezoni is an individual domiciled in the state of Texas. Thus, Plaintiff is not a citizen of California for purposes of diversity jurisdiction.

3. Defendant is an individual domiciled in the state of California.

## IV. FACTS

4. Defendant is an individual who claims to own multiple personal email addresses. Defendant is not an Internet Service Provider (ISP).

5. Plaintiff advertises via the internet. Some of Plaintiff's internet advertisements are distributed through email. Plaintiff requires that its marketing agents comply with all applicable laws.

6. The email messages advertising Plaintiff's products and/or services are clearly advertisements.

7. Defendant claims to have received over 75 email messages in which Plaintiff's website is advertised (the "Silverstein Emails").

8. The Silverstein Emails clearly identify Plaintiff.

9. The Silverstein Emails include an effective and operable "opt out" link.

10. The Silverstein Emails include Plaintiff's physical address, through which a recipient can contact Plaintiff and choose to receive no further promotional email.

11. Defendant did opt out of receiving the Silverstein Emails.

12. Defendant did not contact Plaintiff by mail at its physical address in order to cease receiving advertising email.

13. Instead, Defendant served Plaintiff with a demand for $1,000.00 per email for alleged violations of the California Business and Professions Code.

14. The Silverstein Emails comply with the Federal CAN SPAM Act of 2003.

15. The Silverstein Emails do not violate the California Business and Profession Code.

16. The Silverstein Emails do not contain and are not accompanied by a third-party's domain name without the permission of that third party.

3
**COMPLAINT FOR DECLARATORY JUDGMENT**

17. The Silverstein Emails each contain accurate headers—"from" lines and subject lines—that are neither falsified, forged, or misrepresented.

18. The Silverstein Emails each contain a subject line that is not likely to mislead a reasonable recipient about material facts in the email message.

19. Defendant did not rely to his detriment on any of the statements contained in the Silverstein Emails.

20. The Silverstein Emails caused Defendant no direct injury.

21. Beginning in February 2013, Defendant sent Plaintiff a series of letters and email demanding money because he received the Silverstein Emails. Defendant's communications claim that he is entitled to at least $75,000 in statutory damages, and threaten litigation if he is not paid.

## FIRST CAUSE OF ACTION

## DECLARATORY JUDGMENT – Cal. Bus. & Prof. Code § 17529.5

22. Plaintiff incorporates all prior allegations as if fully set forth herein.

23. The Silverstein Emails do not contain and are not accompanied by a third-party's domain name without the permission of the third party.

24. The Silverstein Emails do not contain and are not accompanied by falsified, misrepresented, or forged header information.

25. The Silverstein Emails do not have subject lines that would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

26. The Silverstein Emails do not violate Cal. Bus. & Prof. Code § 17529.5.

27. Defendant has not suffered any damages as a result of receiving the Silverstein Emails.

28. Defendant's claims are pre-empted by federal law because they contain—at best—technical, non-tortious falsities.

29. Defendant is not entitled to relief pursuant to Cal. Bus. & Prof. Code

1  § 17529.5.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court enter judgment against Defendant as follows:

1. That the Court enter a Declaratory Judgment that the Silverstein Emails do not contain and are not accompanied by a third-party's domain name without the permission of the third party.

2. That the Court enter a Declaratory Judgment that the Silverstein Emails do not contain and are not accompanied by falsified, misrepresented, or forged header information.

3. That the Court enter a Declaratory Judgment that the Silverstein Emails do not have subject lines that would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

4. That the Court enter a Declaratory Judgment that the Silverstein Emails do not violate Cal. Bus. & Prof. Code § 17529.5.

5. That the Court enter a Declaratory Judgment that Plaintiff has not violated Cal. Bus. & Prof. Code § 17529.5.

6. That the Court award Plaintiff its costs and attorneys' fees.

7. That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

Respectfully submitted this 12th day of August 2013.

**NEWMAN DU WORS LLP**

s/ Leeor Neta
Leeor Neta, State Bar No. 233454
John Du Wors, Sta te Bar No. 233913
Attorneys for Plaintiff

5
**COMPLAINT FOR DECLARATORY JUDGMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Dean D. Pregerson_____ and the assigned Magistrate Judge is _____Charles F. Eick_____.

The case number on all documents filed with the Court should read as follows:

### 2:13CV5828 DDP Ex

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

August 12, 2013                           By   J.Prado
Date                                            Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ Western Division             ☐ Southern Division              ☐ Eastern Division
312 N. Spring Street, G-8      411 West Fourth St., Ste 1053    3470 Twelfth Street, Room 134
Los Angeles, CA 90012          Santa Ana, CA 92701              Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

John Du Wors, State Bar No. 233913
Leeor Neta, State Bar No. 233454
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
(206) 274-2800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO TRUST NUTRITION, LLC, a Texas limited liability company,<br><br>PLAINTIFF(S)<br>v.<br>BILL SILVERSTEIN, an individual,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13- 5828 DDP(Ex)**<br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _John Du Wors_____, whose address is _1201 Third Avenue, Suite 1600, Seattle, WA 98101_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __AUG 1 2 2013__

Clerk, U.S. District Court

By: _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)           **SUMMONS**

# CIVIL COVER SHEET

## I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ )
BIO TRUST NUTRITION LLC, a Texas Limited Liability Company

## DEFENDANTS ( Check box if you are representing yourself ☐ )
BILL SILVERSTEIN, an individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
John Du Wors, Leeor Neta / (206) 274-2800
Newman Du Wors LLP
1201 3rd Avenue, Suite 1600
Seattle, WA 98101

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

## II. BASIS OF JURISDICTION (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1331, 28 U.S.C. § 1332 (a)(1), and 28 U.S.C. § 2201

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13- 5828**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)　　　　　　　　CIVIL COVER SHEET　　　　　　　　Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ NO  ☒ YES

If yes, list case number(s): Civil Case No. 13-3383-PA

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| TEXAS | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: 08/12/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |